UNITED STATES of America,
Plaintiff–Appellee,

v.

John P. TOBIN, Defendant–Appellant.

No. 03–30114.

D.C. No. CR–02–00007–CCL.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 15, 2003.*

Decided Oct. 1, 2003.

Before B. FLETCHER, SILVERMAN and WARDLAW, Circuit Judges.

MEMORANDUM **

John P. Tobin appeals his 46-month sentence imposed following his guilty-plea conviction for nineteen counts of money laundering in violation of 18 U.S.C. § 1956(a)(1)(A)(i). We have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a), and we affirm.

Tobin contends that the district court incorrectly determined that he was not entitled to a downward departure for diminished mental condition pursuant to U.S.S.G. § 5K2.13. The district court did not clearly err by finding that Tobin's criminal history demonstrated a need to protect the public and thus, that a downward departure was not appropriate. *See United States v. Davis,* 264 F.3d 813, 815–16 (9th Cir.2001) (concluding that the sentencing guidelines prohibit a departure based on reduced mental capacity where the district court finds that the defendant's criminal history demonstrates a need for incarceration to protect the public).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.